# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```

May 27, 2025

**APPLICATION GRANTED**
*/s/ Katharine H. Parker* 5/28/2025
Hon. Katharine H. Parker, U.S.M.J.

**VIA ECF**

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *Jaramillo v. Commissioner of Social Security*
             Civil Action No. 1:25-cv-01583-KHP

Dear Judge Parker,

    We write on behalf of plaintiff, George Jaramillo, and with the consent of the defendant, to request a 75-day extension to file plaintiff's motion for judgment on the pleadings which is due on May 28, 2025 per the Court's February 6, 2025 Standing Scheduling Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

    a.   Plaintiff to file his motion for judgment on the pleadings on or before **August 11, 2025**;

    b.   Defendant to file its response/cross-motion on or before **October 27, 2025**; and

    c.   Plaintiff to file his reply (if any) on or before **November 10, 2025**.

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile 212-500-5115      info@osbornlawpc.com

Honorable Katharine H. Parker
May 27, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)